IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RUSSELL L. EBERSOLE | : | |
| Petitioner | : | |
| v | : | Civil Action No. CCB-08-2166 |
| DEPARTMENT OF HOMELAND SECURITY and UNITED STATES SECRET SERVICE | : | |
| | : | |
| Respondents | | |

o0o
## MEMORANDUM

Pending is respondent's supplemental declaration in support of the motion for summary judgment. Paper No. 16. Previously, this court issued an order requiring respondents to provide an affidavit detailing the search for records responsive to the FOIA request designated as file number 20070818. Paper No. 12.

Petitioner challenged the sufficiency of the search for documents responsive to his request in File 18 pertaining to material data safety sheets. He further argued the government's response to his complaint made it impossible to determine whether the search for records was sufficient.

To determine if an agency's search for responsive materials is adequate, the agency must demonstrate that it has "conducted a search reasonably calculated to uncover all relevant documents." *Ethyl Corp. v. U.S. E.P.A.*, 25 F. 3d 1241, 1246 (4th Cir.1994). It is not necessary for the agency to locate "every single potentially responsive document." *Id*. The agency:

> may not rest on an affidavit that simply avers that the search was conducted in a manner consistent with customary practice and established procedure. Rather, the affidavit must be reasonably detailed, setting forth the search terms and the type of search performed, and averring that all files likely to contain responsive materials (if such records exist) were searched so as to give the

>    requesting party an opportunity to challenge the adequacy of the
>    search.

*Id*. at 1246-47.

Respondents provide the affidavit of Scott T. Leslo, Branch Chief of the United States Secret Service, Technical Security Division, Hazardous Devices and Explosive Countermeasures (HDECM) Branch, Department of Homeland Security (DHS). Paper No. 16 at Attachment 1. Leslo states he supervises specialists in the administration of comprehensive countermeasures programs against explosives, chemical, biological, and radiological hazards. *Id*. In accomplishing those duties, Leslo and his staff are exposed to and work with explosives.

Leslo explains that material safety data sheets (MSDS) are forms containing data regarding the properties of a particular substance; the forms are intended to provide workers and emergency personnel with procedures for handling or working with the substance in a safe manner. The sheets are updated by the manufacturer when changes occur to the composition of the material and are intended for use in occupational settings where the use of hazardous materials is frequent. The Occupational Safety and Health Administration requires that MSDS be provided to employees for any potentially harmful substances handled in the workplace. They are also required to be made available to local fire departments and local and state emergency planning officials. *Id*.

The HDECM no longer stores, on a permanent basis, any of the explosives tested on April 4, 2002, as described in petitioner's FOIA request. Rather the explosives are now controlled by the Quantico Marine Corps Base. Leslo states that if a particular MSDS is needed, it can be obtained from the manufacturer of the explosives. He further says that explosives were provided by the HDECM branch for testing at multiple Federal Reserve Board locations on April 4, 2002. He states that MSDS are disposed of when the explosives they pertain to are destroyed,

and the MSDS pertaining to the explosives used in the April 4, 2002 tests were destroyed. *Id*.

The court finds that the search utilized in this case to uncover the documents requested was adequate and the explanation provided as to why no documents were uncovered has satisfied the agency's burden. Accordingly, by separate order which follows, the motion for summary judgment with respect to the remaining claim shall be granted.


 November 12, 2009                                        /s/
Date                                                    Catherine C. Blake
                                                        United States District Judge